

**ORDERED in the Southern District of Florida on February 16, 2021.**



                Erik P. Kimball, Judge
                United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                                              Case No. 20-22282 -EPK
                                                                                       Chapter 7

**FRANK GABRIEL CAVALLINO,**

      Debtor.
_____/

**AIXO, LLC,**

      Plaintiff,

v.                                                                               Adv. Proc. No. 21-01001-EPK

**FRANK GABRIEL CAVALLINO,**

      Defendant.
_____/

## ORDER CONTINUING STATUS CONFERENCE

THIS MATTER came before the Court for a status conference on February 10, 2021. With the Court having heard argument of counsel and the defendant, being otherwise fully advised in the premises, and for the reasons stated on the record the Court **ORDERS and ADJUDGES** as follows:

      1.      The Status Conference in this matter is CONTINUED to **April 7, 2021** at **9:30 a.m.** (the "Continued Status Conference Date"). The hearing will take place only by video conference via

Zoom for Government. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E. If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

      2.    All provisions of the *Order Setting Status Conference and Establishing Procedures and Deadlines* [ECF No. 3] remain in full force and effect to the extent not inconsistent with this order.

###

Copies furnished to:

Allison L Friedman, Esq.

*Allison L Friedman, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*