

**ORDERED in the Southern District of Florida on September 8, 2021.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:                                            Case No. 20-22282-EPK
                                                  Chapter 13
**FRANK GABRIEL CAVALLINO,**

    Debtor(s).
_____/

**AIXO, LLC,**

    Plaintiff(s),
v.                                                Adv. Proc. No. 21-01001-EPK

**FRANK GABRIEL CAVALLINO,**

    Defendant(s).
_____/

### ORDER CONTINUING PRETRIAL CONFERENCE

This matter came before the Court for pretrial conference and for a hearing on Plaintiff's *Motion to Continue Trial Period, or in the alternative, Extend Discovery Deadline* (the "Motion") [ECF 22] on September 8, 2021. For the reasons stated on the record, the Court ORDERS and ADJUDGES as follows:

    1.    The motion is GRANTED to the extent herein.

2.  The pretrial conference in the above-captioned adversary proceeding is hereby CONTINUED to **November 17, 2021 at 9:30 a.m.** (the "Continued Pretrial Conference Date"). The hearing will take place only by video conference via Zoom for Government. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E. If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143

3.  This Court's *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* [ECF No. 19] (the "Deadline Order") shall remain in full force and effect, and all deadlines set in the Deadline Order shall be calculated based on the Continued Pretrial Conference Date.

###

Copies furnished to:

Allison L. Friedman, Esq.

*Allison L. Friedman, Esq. is directed to serve a copy of this order on all appropriate parties and to file a certificate of service with the Court.*